

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2020

No. 04-20-00408-CV

Belinda **ORTIZ,**
Appellant

v.

Miguel Angel **MARTINEZ,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI14579
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

We order reporter's record due November 4, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court